SILAS M. GRANT *vs.* FANNIE HALL FEGAN.

York County. Decided March 30, 1921. The court has care-. fully considered the evidence and briefs of counsel. Inasmuch, however, as the case involves only a dispute as to facts, and no issue of law, it is unnecessary and would be unprofitable to publish an extended opinion.

One Clara E. Bourne bought wood of the plaintiff on the credit of the defendant for the use of the defendant's uncle. If Mrs. Bourne's testimony is credited the defendant gave her express authority to make the purchase. If the defendant's testimony is to be relied upon she gave no authority to Mrs. Bourne to purchase anything on her account.

The jury heard the testimony and returned a verdict for the plaintiff. The verdict is not manifestly wrong. Motion overruled. Judgment on the verdict. *E. P. Spinney,* for plaintiff. *William M. Tripp,* for defendant.

---

BASIL W. MACDONALD'S CASE.

Androscoggin County. Decided April 4, 1921. Appeal from decree sustaining decision of the Industrial Accident Commission awarding claimant damages for an injury alleged to have been sustained by him on May 15, 1920, while employed by the Bates Manufacturing Company.

Two issues are involved, first, whether the claimant sustained an injury, and second, whether the employer or his agent had knowledge of the accident. Both are questions of fact. On both the Commissioner has found in favor of the claimant, and the record contains evidence upon which if deemed true the findings could be based. The question of credibility was for the Commissioner and his decision thereon was final. Appeal dismissed with costs. Decree of sitting Justice affirmed. *B. L. Berman,* for plaintiff. *Andrews & Nelson, and W. T. Gardiner,* for defendant.